**Paul A. MITCHELL, Plaintiff–Appellant,**

v.

**NORTH CAROLINA DIVISION OF EMPLOYMENT SECURITY; Wayne Community College, Defendants–Appellees.**

No. 14–2227.

United States Court of Appeals, Fourth Circuit.

Submitted: April 23, 2015.

Decided: April 27, 2015.

Paul A. Mitchell, Appellant Pro Se. Sharon Johnston, Employment Security Commission of North Carolina; Joshua Mark Krasner, Jackson Lewis PC, Cary, North Carolina, for Appellees.

Before SHEDD, DUNCAN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paul A. Mitchell appeals the district court's order dismissing his complaint filed pursuant to Title VI and Title VII of the Civil Rights Act of 1964, and denying his request for a temporary restraining order and a preliminary injunction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.* *Mitchell v. N.C. Div. of Emp't Sec.*, No. 5:14–cv–00584–D, 2014 WL 7398888 (E.D.N.C. Nov. 4, 2014). We deny as moot Mitchell's motion to expedite. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*

---

* To the extent that Mitchell appeals the denial of his request for a temporary restraining order, such denials are generally not appealable. *See Virginia v. Tenneco, Inc.*, 538 F.2d 1026, 1029–30 (4th Cir.1976). We therefore dismiss the appeal insofar as he is appealing the denial of a temporary restraining order.